**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Phillip WAINWRIGHT, Defendant–Appellant.**

No. 08–15369
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 15, 2009.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Phillip Wainwright, Jesup, GA, pro se.

Before BIRCH, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

James W. Smith, III, appointed counsel for Phillip Wainwright in this appeal from the district court's denial of a motion to reduce Wainwright's sentence under 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87

S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of relief under § 3582(c)(2) is **AFFIRMED.**